**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO.   1:24-cv-21-GNS**

Removed from Taylor Circuit Court
Civil Action No. 24-CI-00004

**MALLORY D. RATLIFF**                                                                 **PLAINTIFF**

v.                                          **NOTICE OF REMOVAL**


**STANDARD INSURANCE COMPANY**                                       **DEFENDANT**

Defendant, Standard Insurance Company ("Standard"), by its attorneys, Jacqueline J. Herring of Hinshaw & Culbertson LLP[1] and Robert L. Steinmetz of Gwin Steinmetz & Baird, PLLC, provides notice of removal of this action to the United States District Court for the Western District of Kentucky, Bowling Green Division, pursuant to 28 U.S.C. §1441 *et seq.*, and respectfully presents to this Court the following grounds for removal:

1.  Removing party Standard is the defendant in the action titled *Mallory D. Ratliff v. Standard Insurance Company, No 23-CI-00271*, pending in the Circuit Court of Taylor County, Kentucky. Plaintiff Mallory D. Ratliff ("Plaintiff") commenced this action on January 5, 2024 by filing a Complaint in the Circuit Court of Taylor County, Kentucky.

2.  On January 9, 2024, Standard was served with a Summons and Complaint. A copy of the Summons and Complaint are attached hereto as Exhibits 1 and 2, respectively. The Summons and Complaint constitute all of the process, pleadings, and orders served on Standard. A complete copy of the State Court file is attached as Exhibit 3.

3.  Because Notice of Removal has been filed within 30 days of service, Standard's Notice of Removal is timely pursuant to 28 U.S.C. §1441 and §1446. The United States District

---

[1] Jacqueline J. Herring is pending admission *pro hac vice*.

Court for the Western District of Kentucky, Bowling Green Division is the appropriate venue for removal of this action from the Circuit Court of Taylor County, Kentucky. A copy of the Notice of Filing Notice of Removal to be filed with the Circuit Court of Taylor County, Kentucky is attached as Exhibit 4. A copy of the Civil Cover Sheet is attached as Exhibit 5.

4. Standard removes this action pursuant to 28 U.S.C. §1441 *et seq.* based on federal diversity jurisdiction under 28 U.S.C. §1332. The parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff is a citizen of Kentucky, residing in Taylor County, Kentucky. (Ex. 2, Complaint, ¶ 6, 7). Standard is a corporation organized under the laws of the State of Oregon, with its principal place of business in Portland, Oregon. Standard, therefore, is a citizen of the State of Oregon. Accordingly, Standard is not a citizen of the same state as Plaintiff and there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332.

6. The amount in controversy exceeds $75,000, exclusive of interest and costs. In her Complaint, Plaintiff asserts claims for payment of monthly disability benefits and for ongoing life insurance coverage without payment of premium due to her alleged disability under a Group Long Term Disability Insurance Policy ("Group LTD Policy") and a Group Life Insurance Policy ("Group Life Policy") issued by Standard to the Pike County Board of Education. (Ex. 2, Complaint).

7. The Group Life Policy provides for continuation of life insurance coverage without payment of premiums if the insured is Totally Disabled as defined in the Group Life Policy and subject to the terms and conditions of the Group Life Policy. Coverage otherwise ends. "The waiver of the premium benefit is a means to continue coverage under the Group Life Policy where an insured is disabled and unable to work or pay the premium that otherwise would

be required." *Tompkins v. Standard Life Insurance Co.*, Case No. 5: 15-050-DCR, 2015 U.S. Dist. LEXIS 56517, at *3 (E.D. Ky. Apr. 30, 2015).

8. The amount of the disputed life insurance coverage is valued at $290,000, consisting of $200,000 in life coverage, $80,000 in spouse life coverage, and $10,000 in child life coverage. Plaintiff's Complaint places in controversy the validity and viability of that life insurance coverage. Plaintiff additionally seeks payment of disability benefits. Accordingly, the amount in controversy exceeds $290,000. *Tompkins*, 2015 U.S. Dist. LEXIS 56517, at *10-11.

9. This Court has original jurisdiction over this matter based on federal diversity jurisdiction, and therefore the action is properly removed to this Court pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441, and 28 U.S.C. §1446.

WHEREFORE, Removing Party and Defendant, Standard Life Insurance Company, requests that the above titled action be removed from the Circuit Court of Taylor County, Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division.

                                            Respectfully submitted,

Robert L. Steinmetz  
GWIN STEINMETZ & BAIRD PLLC  
401 West Main Street, Suite 1000  
Louisville, Kentucky 40202  
P  502.618.5711 | F  502.618.5701  
rsteinmetz@gsblegal.com

By: /s/ *Robert L. Steinmetz*  
    Attorney for Removing Party/Defendant,  
    Standard Insurance Company

Jacqueline J. Herring (IL-6282246)  
HINSHAW & CULBERTSON LLP  
151 North Franklin St. Suite 2500  
Chicago, Illinois 60606  
P:  312.704.3975 | F:  312.704.3001  
jherring@hinshawlaw.com  
(pending admission *pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system. I further certify that a paper copy of the electronically filed document was served on the individuals addressed below via U.S. Mail, postage pre-paid at 151 North Franklin Street, Chicago, Illinois.

Michael D. Grabhorn
Andrew M. Grabhorn
Grabhorn Law Office, PLLC
2525 Nelson Miller Parkway, Suite 107
Louisville, Kentucky 40223
m.grabhorn@grabhornlaw.com
a.grabhorn@grabhornlaw.com

/s/ *Robert L. Steinmetz*
Robert L. Steinmetz
GWIN STEINMETZ & BAIRD PLLC
401 West Main St. Suite 1000
Louisville, Kentucky 40202
P 502-618-5711 | F 502-618-5701
rsteinmetz@gsblegal.com